UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Honorable Patty Shwartz  U.S. Post Office & Courthouse Bldg.
United States Magistrate Judge  Federal Square, Newark, NJ 07101

July 6, 2012

RE: MONTVALE SURGICAL CENTER v. HORIZON BLUE
Civil Action No. 12-3995(FSH)

Dear Counsel:

I have been assigned case management responsibilities in the above-referenced matter.

Be advised, the Court has implemented an electronic case filing system for all documents filed with the Clerk of the Court. Beginning **January 31, 2005**, electronic case filing became mandatory for all cases except those involving a pro se litigant. Registration forms, on-line training, policies and procedures can be obtained from the Clerk's Office or the website: www.njd.uscourts.gov. On-site training is also available and can be arranged by contacting (973) 645-4439. Orders will be electronically filed. Paper copies will be provided to pro se litigants. Registered counsel will be notified when an order is filed but are responsible for retrieving and reviewing the contents.

Since discovery motions are not permitted without leave of Court, discovery disputes shall not be submitted via electronic filing. Rather, such disputes shall be brought to the Court's attention via letter. Furthermore, no dispositive motions shall be filed without leave of Court.

Very truly yours,

s/Patty Shwartz
**United States Magistrate Judge**