**EXHIBIT B**

0115UCDSQ0010004632

 

Horizon Blue Cross Blue Shield of New Jersey
P O BOX 420
NEWARK NJ 07101-0120

CUSTOMER SERVICE
MONDAY-FRIDAY 8AM-5PM
VISIT OUR WEB SITE
WWW.HORIZONBLUE.COM

www.horizonblue.com

| | |
|---|---|
| Sequence No: | 6040708 |
| Payee ID: | 140441 |
| Tax ID: | 260463867 |
| NPI Code: | 1629264763 |
| Date: | 1/15/2011 |
| PAGE | 1 of 2 |

RECIPIENT:  MONTVALE SURGICAL CENTER LLC
6 CHESTNUT RIDGE RD
MONTVALE NJ 07645-1802

PAYMENT SUMMARY:

| | |
|---|---|
| GROSS CLAIM AMOUNT: | 0.00 |
| LATE INTEREST: | 0.00 |
| A/R'S APPLIED: | 0.00 |
| CHECK AMOUNT | 0.00 |

IF YOU SUSPECT HEALTH CARE FRAUD, PLEASE CALL OUR SPECIAL INVESTIGATIONS UNIT HOTLINE  1-800 624-2048.

WE ARE REQUIRED BY LAW TO REJECT STANDARD TRANSACTIONS SUBMITTED WITHOUT AN NPI, EFFECTIVE 5/23/08.
WE MUST RECEIVE YOUR APPEAL WITHIN 90 DAYS OF ORIGINAL CLAIM DECISION. FOR HELP BALANCING THE VOUCHER GO TO WWW.HORIZONBLUE.COM

An Independent licensee of the Blue Cross Blue Shield Association.

 

Horizon Blue Cross Blue Shield of New Jersey
P O BOX 420
NEWARK, NJ 07101-0420

Date: 1/15/2011
Provider ID: 140441
Tax ID: 260463867

Sequence Number
6040708

NP-01N  002138

MONTVALE SURGICAL CENTER LLC
6 CHESTNUT RIDGE RD
MONTVALE NJ 07645-1802

MSC000007

0116UCDS00010004633

www.horizonblue.com

Date: 1/15/2011
PAGE  2 OF  2

Sequence No: 6040708
Payee ID
NPI Code  1E?9250750

| DOS | RMK | REV COD | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTBLE | CUST LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **PATIENT** | **SUBSCRIBER** | | | **SUB ID** | | **CLAIM NO** | | | **PATIENT ACCT** | |

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY DIRECT ACCESS

SHZN307B49000  NA-7802010120273D1 02  0000572

| DOS | RMK | | | BILLED | NOT ALLOWED | ALLOWED | CO-INS | COPAY | DEDUCTBLE | CUST LIAB | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/07/10 | E561 H020 Z544 | | | 14,000.00 | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 14,000.00 | 0.00 | 0. |
| | | CLAIM TOTAL: | | 14,000.00 | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 14,000.00 | 0.00 | 0.00 |

NA-78020101743107202  YHX3HZN30704B00

| 3/30/10 | F561 M020 Z544 | | | 11,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 11,500.00 | 0.00 | 0.00 |
| | | CLAIM TOTAL: | | 11,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 11,500.00 | 0.00 | 0.00 |

NA-7802010174310789 02  YHX3HZN30704B0D

| 3/31/10 | F561 M011 Z544 | | | 14,000.00 | 0.00 | 5,000.00 | 1,470.00 | 100.00 | 0.00 | 12,000.00 | 0.00 | 2,000.00 |
| | | CLAIM TOTAL: | | 14,000.00 | 0.00 | 5,000.00 | 1,470.00 | 100.00 | 0.00 | 12,000.00 | 0.00 | 2,000.00 |

**REMARK CODES**

Z544 1200
THIS IS FOR INFORMATIONAL PURPOSES ONLY AND THE ACTUAL PAYMENT (IF ANY) WAS MADE TO THE MEMBER.

E561 1200
THIS SERVICE IS CONSIDERED AN EXPERIMENTAL PROCEDURE, IT IS INELIGIBLE FOR PAYMENT.

M020 1200
DOLLAR MAXIMUM HAS BEEN REACHED.

M011 1200
THE PATIENT HAS EXCEEDED THE MAXIMUM DOLLAR AMOUNT ALLOWED FOR THIS SERVICE DURING THIS BENEFIT PERIOD.

THIS VOUCHER WAS PREPARED WITH THE INFORMATION AVAILABLE TO US AT THE TIME OF PROCESSING.
YOUR PATIENTS HAVE RECEIVED AN INDIVIDUALIZED EXPLANATION FORM WITH SIMILAR INFORMATION.

**HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY INQUIRY ADDRESS**
PO BOX 1770
NEWARK NJ 07101-1770

MSC000008