**EXHIBIT C**

620209 901128

Precision Billing LLC • 80 West Madison Avenue • Dumont, NJ 07628 • (201)501-8500

Date: **07-23-2010**

**HORIZON**

**PO BOX 199**

**NEWARK, NJ 07101**

Patient ███████████████

DOB ████████████

ID: ████████████████

Practice: **IN-BALANCE HEALTH , LLC**

Treating Provider: **RICK O. LAMBERT, MD**

Enclosed you will find claim forms that are being resubmitted as an appeal for processing.

**These claims are not duplicate.**  The enclosed are:

_____          corrected claims

_____          being  refilled to correct an error in processing.

____✗____          sent with progress notes to establish medical necessity.

_____          Other_____

_____

_____

Thank you for your prompt attention.

Sincerely,

Kelly J. Langschultz
Billing Specialist

7010 1670 0000 1631 0816

620209.001123



Date: **07-23-2010**

Practice: **IN-BALANCE HEALTH LLC**

Tax Id: **26-3205753**

Plan Administrator: Horizon

Plan Sponsor: **EMPLOYER**

Address: PO Box 199

Address: Newark, NJ 07101

Re: Request for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ summary plan description

Patient Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ID Number ▓▓▓▓▓▓▓▓▓▓▓▓

DOB: ▓▓▓▓▓▓▓▓▓▓

Dear Plan Administrator:

Enclosed please find a Designation of Authorized Representative signed by my patient in accordance with the requirements of the employee retirement income security act of 1974 (ERISA). I have also enclosed an Assignment of benefits to assure that payment is made directly to this office in accordance with the desires of my patient.

The enclosed Designation of Authorized Representative permits **IN-BALANCE HEALTH LLC** to pursue the rights granted to my patient under ERISA law. Those rights include:

• Receiving notice regarding inquiries with respect to the determination of claims both pre and post service

• Receiving a description and copies of documents of all claims procedures (including any procedures for obtaining prior approval as a prerequisite for obtaining a benefit, such as

620209.001128

preauthorization procedures or utilization review procedures) and the applicable time frames as set forth in the summary plan description.

• Obtaining a copy of the summary plan description

• Pursuing appeals of plan adverse decisions, to take legal action in any forum, including the courts, and to obtain all information from the plan that the claimant is entitled in order to pursue appeals:

• Taking all action permitted under applicable statutes and rules as authorized representative of my patient.

Accordingly, please provide this office with a copy of the summary plan description. Thank you for your compliance with the legal requirements. Please fax the summary plan description to 201-501-8523 or mail a copy to Precision Billing, LLC, Attn: Kelly J. Langschultz, 80 West Madison Avenue, Dumont, NJ 07628.

Sincerely,

Kelly J. Langschultz

Billing Supervisor

| 1500 | Unless this claim is paid or denied within 30 days, we will file a formal HEALTH INSURANCE CLAIM FORM Complaint. | 22099 HORIZON BCBSNJ  P.O. BOX 820 OO1128  NEWARK NJ 07101 |

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLKLUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D NUMBER (For Program in Item 1) |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  MM DD YY    SEX M☐ F☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED  Self☒ Spouse☐ Child☐ Other☐ | 7. INSURED'S ADDRESS (No., Street) |
| CITY                     STATE | 8. PATIENT STATUS  Single☐ Married☐ Other☐ | CITY                     STATE |
| ZIP CODE   TELEPHONE (Include Area Code) | Employed☐ Full-Time Student☐ Part-Time Student☐ | ZIP CODE   TELEPHONE (Include Area Code) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER  NONE |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  YES☐ NO☒ | a. INSURED'S DATE OF BIRTH  MM DD YY   SEX M☐ F☐ |
| b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX M☐ F☐ | b. AUTO ACCIDENT?  YES☐ NO☒  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  YES☐ NO☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME  22099 HORIZON BCBSNJ |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES☐ NO☒  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.  SIGNED  SIGNATURE ON FILE   DATE 03/30/10 | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.  SIGNED  SIGNATURE ON FILE |

| 14. DATE OF CURRENT:  MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM DD YY   TO  MM DD YY |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  RICK O LAMBERT MD | 17a. IG  17b. NPI 1891739421 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO |
| 19. RESERVED FOR LOCAL USE  RICK O. LAMBERT MD | | 20. OUTSIDE LAB?  YES☐ NO☐   $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)  1. 726 0      3. 722 0  2. 726 10     4. 847 1 | | 22. MEDICAID RESUBMISSION  CODE    ORIGINAL REF NO. |
| | | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | B. | C. | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. | F. | G. | H. | I. | J. |
| From  MM DD YY | To  MM DD YY | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID QUAL | RENDERING PROVIDER ID. # |
| 03 30 10 | 03 30 10 | 24 | | 23700 | 62 50 | 1 2 3 4 | 1400 00 | 1 | | NPI | 1891739421 |
| 03 30 10 | 03 30 10 | 24 | | 22505 | 62 | 1 2 3 4 | 2200 00 | 1 | | NPI | 1891739421 |
| 03 31 10 | 03 31 10 | 24 | | 23700 | 62 | 1 2 3 4 | 1400 00 | 1 | | NPI | 1891739421 |
| 03 31 10 | 03 31 10 | 24 | | 22505 | 62 | 1 2 3 4 | 2200 00 | 1 | | NPI | 1891739421 |
| 04 01 10 | 04 01 10 | 24 | | 23700 | 62 50 | 1 2 3 4 | 1400 00 | 1 | | NPI | 1891739421 |
| 04 01 10 | 04 01 10 | 24 | | 22505 | 62 | 1 2 3 4 | 2200 00 | 1 | | NPI | 1891739421 |

| 25. FEDERAL TAX I.D NUMBER    SSN EIN  263205753 | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT?  YES☒ NO☐ | 28. TOTAL CHARGE  $ 10800.00 | 29. AMOUNT PAID  $ | 30. BALANCE DUE  $ 10800.00 |
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  RICK O. LAMBERT MD  SIGNED     DATE 04/13/10 | 32. SERVICE FACILITY LOCATION INFORMATION  MONTVALE SURGICAL CENTER  6 CHESTNUT RIDGE ROAD  MONTVALE NJ 07645 | 33. BILLING PROVIDER INFO & PH #  (201) 9918282  RICK O LAMBERT MD  10 SHIELD DRIVE  WOODCLIFF LAKE NJ 07677  1891739421 |

NUCC Instruction Manual available at: www.nucc.org     PLEASE PRINT OR TYPE     APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician or supplier agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary when the total charges and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS if less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefit services provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e. items 1a, 4, 6, 7, 9 and 11.

## BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

## SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral although incidental part of a covered physician's service 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services are not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536) For Black Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless the form is received as required by existing law and regulations (42 CFR 424 32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare CHAMPUS, FECA and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424 5(a)(6), and 44 USC 3101.41 CFR 101 et seq and 10 USC 1079 and 1086, 5 USC 8101 et seq, and 30 USC 901 et seq; 38 USC 613; E O 9397

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No 177, page 37549, Wed Sept 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol 55 No 40, Wed Feb 28, 1990, See ESA 5, ESA-6, ESA-12, ESA-13 ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination on that the services supplied received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept of Health and Human Services and/or the Dept of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept of Justice for representation of the Secretary of Defense in civil actions, to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims, and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claim adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary, however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these provisions for failing to supply information However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number would only delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

## MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept of Health and Human Services may request

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, co-insurance, co-payment or similar cost-sharing charge

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

04/08/2010 11:56   Montvale Rehab & Spinal Care Ctr. (FAX)201391...  1 1 2 8   P. 003/003

# Montvale Surgical Center

Surgeon                    Co-Surgeon

MRN:
DOB:   DOS: 04/01/10
DR. LAMBERT, RICK   AGE:

## MGA SUPER-BILL SUMMARY

### PROCEDURE

| | SPINE | HIP | PELVIS | SHOULDER | ELBOW | WRIST | HAND | KNEE | ANKLE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 2 | 22505 | 27275 | 27194 | (23700) | 24300 | 23259 | 21073 | 27570 | 27860 |
| 3 | (22505) | 27275 | 27194 | (23700) | 24300 | 23259 | 21073 | 27570 | 27860 |
| 4 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 5 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 6 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |

### DIAGNOSIS

| | SITE | PRIMARY Dx | SECONDARY Dx | TERTIARY Dx | QUADINARY Dx |
|---|---|---|---|---|---|
| 1 | (R) Shoulder | 726.0 | 726.10 | 718.41 | — |
| 2 | (L) Shoulder | 726.0 | 726.10 | 718.41 | 718.51 |
| 3 | C-SPINE | 847.0 | 722.0 | — | — |
| 4 | T-SPINE | 847.1 | 729.1 | — | — |
| 5 | | | | | |
| 6 | | | | | |



04/07/2010   10:12   KX5050   FAX 2013916703   P.005



04/07/2010   10:12   KX5050                    FAX02013914701      P.006

3/24/2010

Doctor: Dr. Dr Philip C. Agrios
Mailing List Code:
Home Phone Nbr:                              Work Phone:
Date Of Birth: ████████                      Cell Phone: ████████
Gender: ██                                        SSNbr:
Type Of Patient: S - Standard Group Health / Single or Co_Insd
Date Of Accident Or Illness:                    Balance Due: $3,530.00
Date First Consulted: 1/21/2010              Date Of Last Bill:
Date Of Same Or Similar Illness:             Amount of Last Bill:
Tot Disability Began:                        Date Of Last Payment: 3/3/2010
Tot Disability Ended:                        Paid Since Last Billed: $320.00
Part Disability Began:                       Paid This Year: $320.00
Part Disability Ended:                       Nbr Visits Since X-Ray:
Date Of Very First Visit: 1/21/2010               Status: Active
Date Of Very Last Visit: 3/3/2010
Date Of Last X-Ray:
Total Nbr Of Visits This Year: 12
Nbr Of Other Referred This YR:
Total Nbr of Others Referred:
DIAGNOSIS:

·····························—— I N S U R A N C E ——····························

#7      HORIZON BCBS OF NJ (PRIMARY)
        PO BOX 820                           Authorization:
        NEWARK, NJ 07101-0820                Effective Date: 11/15/2009
Phone:              Fax:                      Expiration Date:
···· Insured's Information ····               Co-Pay Amount: $30        Co_Pay %: 3000J
        Name: ████████                        Deductible: $2,500.00     Paid:
        Address: ████████                     Visits Allowed: 30        Used: 2
City ST ZIP: ████████                         Amt Allowed:              Used: $0.00
Grp / Pol Nbr:                   Empl/SCH:
        ID#: ████████
Relation: SELF                   DOB: ████████

04/07/2010   10:13   KX5050                                    FAX2013814701   P.008

# In-Balance Health LLC
### 8 Chestnut Ridge Road
### Montvale NJ 07645
### Rick Lambert MD

## Patient Consultation Note

3-25-10
Date of service

Patient Name

Social Security #          DOB          Ins. ID Number

### Chief Complaint

1. ® shoulder ® 3/10 at rest c̄ ® meds. ®↑ P/O after a day of "normal use" (ie) computer, light lifting (no over head lifting).

2. ® shoulder ® 1/10 → 10/10 - R.O.M is more restricted than ®.

3. Neck ® 6/10 - aggravated by ® shoulder ®

4. ® between shoulder blades. 6-8/10

04/07/2010   10:13  KX5050                    FAX02013914701          P.008

consultation con't

3-25-10

### History of Chief Complaint

1. ℞ Shoulder ⊕ + year hx of recurring frozen
   shoulder s/p arthroscopy.
   - multiple Tr Pt injections

2. Ⓛ shoulder ⊕ + year hx of recurring frozen.
   shoulder.
   - s/p open surgery
   - s/p M.U.A
   - s/p multiple Tr Pt injections.

3 C-SP.
   - Chronic progressive DDD c̄ facet
     syndrome ⊕ 6 years.
   - s/p multiple ℗ procedures to C-SP

04/07/2010   10:13   KX5050                    FAX020139147O1        P.010
                                      G20203.001123

consultation con't    2 - 25 -10

## Review of Medical Records

Evaluation: Dr. Agrios    2-17-10
   · Cervical brachial syndrome
   · Shoulder impingement
   · Lumbar subluxation
   · Muscle spasm
   · arthropathy of hip
   · thoracic subluxation

MRI  C-SP    7-1-08
   · C3/4  HNP c̄ ℗ neuroforaminal impingt
   · C6-7  Discopathy
   · C4/5  C5/6  Diffuse mod. DDD

MRI - L-SP   7-1-08
   · L4/5  Discopathy
   · L5/S1      "

Rx  Dr. Phil Pollen  MD   PM & R / ℗ must
for  MUA  C-SP, T-SP c̄ ℗ Shoulders

04/07/2010   10:14   KX5050                           8 2 9 1 0 9   9 5 1 1 2 8      P.011

MUA consultation con't

3·25·70

**III. Review of Systems:** other than the symptoms associated with the present events, the following is reported with regard to recent health:

General:    (-) fever        (-) weight loss        (-) fatigue

HEENT:     (+) congestion        (-) headaches        (-) visual problems        (-) sore throat

Cardiovascular:    (-) chest pain        (-) claudication        (-) palpitations

Pulmonary:    (-) cough        (-) dyspnea        (-) ankle edema

GI:    (-) abdominal pain        (-) n/v        (-) diarrhea        (-) constipation        (-) bleeding

GU:    (-) dysuria        (-) hematuria

Neuro:    (-) localized weakness        (-) memory loss        (-) numbness

Musculoskeletal:    (+) joint pain        (+) stiffness        (-) joint swelling

Psychiatric:    (+) emotional stress        (+) depression        (+) anxiety        (+) insomnia

**IV. Past Medical History:**
(-) diabetes        (-) HTN        (-) asthma        (-) hypercholesterolemia        (-) heart disease

Surgical History:        (+) prior surgeries

Page 2

04/07/2010   10:14   KXS050                          FAX02013914701 123      P.012

MUA consultation con't

3-25-10

**V. Medications** — Laxapro

Lunesta

Soma

Oxycontin

Wellbutrin

**VI. Allergies**

NKDA

**VII. Family History**    (-) diabetes    (-) HTN    (-) heart dx    (-) cancer

**VIII. Psycho-Social/History**

Work Status    (Employed) Disabled  Temporary  Permanent  Partial  Total

Job Description: _____ Operations mgr. — attorneys

Marital Status    Single  (Married) Divorced  Separated  Widowed

Children    (None) 1  2  3  4  5

Smoking History    (Non-smoker)    Half pack    Full pack    Two packs

Alcohol    None    Social    Other    © wine © mjts

Drug use    (None)    Other

**A.D.L**

works through pain

difficulty playing golf or exercising

04/07/2010   10:15  KX5050                              (FAX)2013914201        P.013

_____ MUA consultation con't

3-25-10

## IX. Medical Examination:

| <u>5'5½"</u> | <u>144</u> | ▬ | ▬ |
|---|---|---|---|
| Height | Weight | Gender | Age |

General Appearance:    (well developed)    (well nourished)

_____
_____

Vital signs:   BP  130/84        HR  70        RR  12

Skin:     Warm, Dry        (-) cyanosis    (-) jaundice    (-) rash

WNL
_____

HEENT:   (-) conjunctival pallor    (-) scleral icterus    (-) pharyngeal erythema

WNL
_____

Neck:    (-) thyromegaly    (-) bruits    (-) lymphadenopathy    (-) other masses

WNL
_____

Heart:   (-) murmur    (-) irregularity    (-) gallop

WNL
_____

Chest:   (-) rales    (-) rhonchi    (-) wheezes;
         breath sounds equal bilaterally

WNL
_____

Abdomen:   (-) tenderness    (-) palpable masses    (-) CVA tenderness

WNL
_____

04/07/2010   10:15   KX5050                          FAX:2013914701                     P.014

consultation con't _____

3-25-10

## Examination of the Cervical & Thoracic Spine

**Observation:** _Elevation (L) shoulder_

**Palpation:** _____

### Myofascial Trigger Points

_(R) AC joints very tender (L) Bic. Groove. (R) Supraspinatus._
_(L) Subscapularis (L) Lev. Scap & paraspinals_
_(R) Rhomboids - contracture (L) - spasm/tender (R)_

### Range of Motion of the Cervical Spine

Forward Flexion  _40/90_   Right Side Flex _20 /45_   right rotation   _45°/90_
Extension       _35 /70_   Left Side Flex _20 /45_    Left Rotation _20 /90_

Range of Motion of the Thoracic Spine: Observed but not measured

COULD NOT BE TESTED
TO MUCH SHOULDER (R)

| Neurological Level | | DERMATOME | | MYOTOME | | D.T.R | |
|---|---|---|---|---|---|---|---|
| C5 | | right WNL | left WNL | right | left | right +2 | left +2 |
| C6 | | right WNL | left WNL | right | left (R) | right +2 | left +2 |
| C7 | | right WNL | left WNL | right 5 | left 5 | right | left |
| C8 | | right WNL | left WNL | right 5 | left 5 | right | left |

Dermatomes; WNL=normal   (+)= hyper sensitive    (-)=hypo sensitive
Myotomes ; 5= normal, 4= mild weakness, 3=significant weakness, 2=can not resist
more than gravity, 0= no sign of contraction Deep Tendon Reflexes; 2= normal, 3=
hyper reflex, 1= diminished reflex, 0=absent

04/07/2010   10:15   KX5050                                    FAX          P.015

_____ consultation con't _____

███████████████████                          3·25·10

### Orthopedic Tests

Cervical Distraction    Ⓡ Ⓛ  C5·6-7 _____

Cervical Compression    Ⓡ   Ⓡ Ⓛ ╳Ⓡ _____

Valsalva's Sign    ⟨absent⟩  present  _____

### Postural Analysis

Head Tilt           Ⓡ. _____

Shoulder height     Ⓛ _____

Winged Scapula      Ⓛ- elevated ṡ medially deviated

Iliac Crest Height  N/A. _____

Thoracic Kyphosis   N/A. _____

Thoracic Scoliosis  N/A· _____

Lumbar Lordosis     /\ᴋ _____

Lumbar Scoliosis    N/A· _____

### Comment/ Note

_____

_____

_____

_____

_____

04/07/2010   10:16   KX5050                                    FAX 2013914701                    P.016

_____ consultation con't _____

3-25-10

## Examination of the Lumbar Spine, Pelvis and Hips

Observation: _____

Palpation: _MILD   ACTIVE Ē , INACTIVE PT'S Ⓡ Q.L._ :
_Ⓡ ILIOPSOAS & TFC._

Gait: _WNL_

Minor's sign _ABSENT_

### Range of Motion of the Lumbar Spine

Forward Flexion _55 /60_  Right Side Flex _15 /20_  right rotation _15 /20_
Extension _25 /35_  Left Side Flex _15 /20_  Left Rotation _15 /20_

| Neurological Level | | | DERMATOME | | MYOTOME | | D.T.R | |
|---|---|---|---|---|---|---|---|---|
| L 3 | | | right WNL | left WNL | right 5 | left 5 | right | left |
| L 4 | | | right WNL | left WNL | right 5 | left 5 | right | left |
| L 5 | | | right WNL | left WNL | right 5 | left 5 | right +2 | left +2 |
| S 1 | | | right WNL | left WNL | right 5 | left 5 | right +2 | left +2 |

Dermatomes; WNL=normal     (+)= hyper sensitive     (-)=hypo sensitive
Myotomes ; 5= normal, 4= mild weakness, 3=significant weakness, 2=can not resist
more than gravity, 0= no sign of contraction
Deep Tendon Reflexes; 2= normal, 3= hyper reflex, 1= diminished reflex, 0=absent

04/07/2010   10:16   KX5050                              FAX 2013914701   P.017

_____ consultation con't   *3-25-10*

## Range of Motion of the Hips

### Right Hip

Flexion   *120*/120       Abduction *50*/50   Adduction *30* /30
Extension   *10* /15   External rotation *60* /60   Internal Rotation *40* /40

### Left Hip

Flexion   *120*/120       Abduction *50* /50   Adduction *30* /30
Extension   *10* /15   External rotation *60* /60   Internal Rotation *40* /40

## Orthopedic Tests

### Straight Leg Raising

Right Leg Painful arc at:

0-35 degrees = slack in sciatic arborization; no dural movement

35-70 degrees = Probable joint pain
Bilateral straight leg raising painful = sacroiliac pathology

70-90 degrees = ~~sciatic root tension over intervertebral disc~~
*(R) Pelvis*

Contra-lateral SLR (-)

Dorsiflexion of foot (-)

Left Leg Painful arc at:   *(L) Pelvis*

0-35 degrees = slack in sciatic arborization; no dural movement

35-70 degrees = Probable joint pain
Bilateral straight leg raising painful = sacroiliac pathology

70-90 degrees = = ~~sciatic root tension over intervertebral disc~~

Contra-lateral SLR (-)

Dorsiflexion of foot (-)

04/07/2010   10:17   IX5050                    (FAX)20139 16701 128      P.018

consultation con't

3-25-10

**Valsalva's Sign** for nerve root irritation     (Absent)   Present

**Gapping Test** for sprain/strain of the anterior sacroiliac ligament
(-) RT    (-) LT

**Approximation Test** for sprain/ strain of the sacroiliac joint and/or the
posterior sacroiliac ligament (-) RT    (-) LT

**Iliac Compression Test** indicating posterior sacroiliac ligament sprain
(-) RT    (-) LT

**Sacroiliac Rocking Test** (-) RT  (-)LT  for posterior sacroiliac joint

(-) RT (-) LT for Iliopsoas pathology

**Trendelenburg's Test** for pelvic instability and muscle weakness
(+)RT    (-) LT      MILD (+) - DOES NOT ELEVATE

**Gaenslen Test** for SI joint pathology, hip pathology and L4 nerve root
irritation.  (-)RT   (-) LT

**Adduction contracture test/Abduction contracture test;**
ASIS angle is = 90 degrees      WNL
ASIS angle is < 90 degrees    contracture of adduction muscles confirmed
ASIS angle is > 90 degrees    contracture of abduction muscles confirmed

**Thomas Test** for hip flexion contraction    (-) RT    (-) LT

**Rectus Femoris Contracture; Ely's Test** (-)RT    (-) LT

**Ober's Test** for contracture of tensor fasciae latae (-) RT    (-) LT

**Hamstring Contracture Test** (-)RT  (-) LT

**Patrick's Test** for hip pathology  (-) RT    (-) LT

**Patrick's Test** for Iliopsoas contracture  (-) RT    (-) LT

04/07/2010   10:17   KX5050                    FAX 20130147 01 128      P.019

consultation con't

## Examination of the Knee

Observation: _____ Quit

Palpation: _____

N/A

### Range of Motion of the Knees

Right Knee

Flexion _____/135      Extension _____/15
Medial rotation _____/3o      Lateral Rotation _____/40

Left Knee

Flexion _____/135      Extension _____/15
Medial rotation _____/3o      Lateral Rotation _____/40

**Valgus Stress Test** for medial instability of the knee: (-) RT   (-) LT

**Varus Stress Test** for lateral instability of the knee: (-) RT   (-) LT

**Lachman's Test** for instability of the anterior cruciate ligament
(-) RT   (-) LT

**Drawer Test** for instability of the posterior cruciate ligament: (-) RT   (-) LT

**McMurray's Test** for medial meniscus pathology          (-) RT   (-) LT

**McMurray's Test** for lateral meniscus pathology          (-) RT   (-) LT

**Apley's Test**   (-) RT   (-) LT _____

04/07/2010   10:17   KX5050                                    620209.001128   P.020

_____ consultation con't _____

3-25-10

### Examination of the Shoulders

**Observation** _____

**Palpation** (R) Supraspinatus (R) Subscapularis (R) Rhomboids
(L) Bic. Tendon _____

### Range of motion of the Shoulders

|                          | Right | | | Left | | |
|--------------------------|-------|--|--|------|--|--|
| Forward Flexion:         | active _140_/180 | Passive _150_/180 | | active _110_/180 | Passive _150_/180 | |
| Extension:               | active _30_/60 | Passive _40_/60 | | active _20_/60 | Passive _30_/60 | |
| Abduction:               | active _140_/180 | Passive _15°_/180 | | active _120_/180 | Passive _150_/180 | |
| Adduction:               | active _60_/75 | Passive _65_/75 | | active _60_/75 | Passive _65_/75 | |
| Internal Rotation:       | active _35_/60 | Passive _40_/90 | | active _30_/60 | Passive _35_/60 | |
| External Rotation:       | active _35_/60 | Passive _40_/90 | | active _30_/60 | Passive _35_/60 | |

### Orthopedic Tests

| | |
|---|---|
| **Yergason's Test** for bicipital tendonitis: | (-) RT  (+)LT |
| **Drop-Arm Test** for rotator cuff pathology | (-) RT  (+)LT |
| **Supraspinatus Test** | (+)RT  (+)LT |
| **Impingement Sign** | (+)RT  (-) LT |

04/07/2010   10:18   IX5050                              G20209.001128          P.021

consultation con't

3-25-10

## Impression

1. (R) Shoulder  Adhesive Capsulitis                    736.0
2. (B) Shoulder  "        "                             "
3. Bicipital Tendonitis (R)Shoulder                     726.10
4. Contractual (B) Shoulder Regions                     718.41
5. S/P Arthroscopic Surgery ē Fibrosis/Ankylosis (B)    718.5
6. Cervical Torsicolis ē Discogenic Spondylosis         847.0
                                                        722.0
7. Thoracic Sprain/Strain                               847.1

## Plan

PATIENT HAS SUFFERED MORE THAN 4 YEARS ē RECURRING
FROZEN SHOULDER 2° TO ADHESIVE CAPSULITIS & CONTRACTURE.
SHE HAS FAILED SHOULDER SURGERY IN (B) SHOULDERS.
HER SHOULDER CONDITION IS COMPLICATED BY DISCOGENIC
SPONDYLOSIS C-SPINE. THE BEST COURSE OF Tx FOR HER
NOW IS MANIPULATION UNDER ANESTHESIA X 3 DAYS FOR
HER (B) SHOULDERS, NECK & UPPER BACK.
SHE WILL BE SCHEDULED FOR 3-30-10, — 4-1-10

Rick Lambert MD              Date   3-25-10

Rick Lambert, MD
M.U.A Specialist

04/07/2010   10:18   KX5050                        FAX02013914701            P.022

# Montvale
## Surgical Center
8 Chestnut Ridge Road, Montvale, N.J. 07645
Tel (201) 391-4700

### OPERATIVE REPORT
### Day 1 of 3

**Patient Name:** ▮▮▮▮▮▮
**Date: March 30, 2010**
**Facility for Procedure: MSC**

**Primary Surgeon: Rick Lambert, MD**
**Assisting Surgeon: Philip Agrios, DC**
**Anesthesia: Michael Reuvini, MD**

**Procedure Performed:**  1. Manipulation Under Anesthesia of the right shoulder
  2. Manipulation Under Anesthesia of the left shoulder
  3. Manipulation Under Anesthesia of the cervical spine
  4. Manipulation Under Anesthesia of the thoracic spine

**Pre-operative Diagnosis:** 1. 726.0   adhesive capsulitis, right shoulder
     726.10   rotator cuff syndrome
     718.41   contracture shoulder region
   2. 726.0   adhesive capsulitis, right shoulder
     726.10   rotator cuff syndrome
     718.41   contracture shoulder region
   3. 847.0   torticollis
     722.0   cervical discopathy
   4. 847.1   thoracic sprain/strain
     7291   myalgia/myospasm

**Post-operative Diagnosis: Same: See progress report for work up**

### Procedure in Detail

Patient was prepared in a pre-operative area with an IV line established for the administration of anesthesia. Having already been supine on a gurney, patient was wheeled into the operating room. Patient was then prepared for monitoring by the anesthesiologist and OR nurse. MAC was induced and the patient was sufficiently sedated to start our procedure.

**Manipulation of the cervical spine:** MUA of the cervical spine was performed for torticollis as well as a nexus to the shoulder region. It was performed sequentially prior to the shoulder to allow maximum release of the muscles associated with both neck and shoulder region. We used the standard approach for MUA of the cervical spine as follows:
The patient was stabilized in the supine position by the assisting doctor. Mild caudal to cephalad traction and passive stretching, laterally and obliquely were done by the primary doctor to break up adhesions and increase range of motion in the cervical spine. The assisting doctor was stabilizing the patient while this procedure was being done. A cervical manipulation was done at C1-C7 spinal levels and cavitations were elicited.

**Manipulation of the Shoulder, right:** The patient was maintained in the supine position. Patient's arm was extended and supported by the primary doctor while the shoulder was passively placed though all ranges of motion noting for limitations and barriers formed by adhesions formed by the rotator cuff. Circumduction of the glenohumeral was performed clockwise then counterclockwise, breaking down labrum adhesions. Next, the shoulder was elevated was flexed to 90 degrees while one hand stabilized the AC joint and the other hand continued to flex the shoulder to maximum range of motion. A steady gradual increase of pressure was applied in flexion breaking down adhesions and allowing the shoulder to reach approximately 140 degrees. Returning the shoulder to approximately 90 degrees of flexion, the shoulder was then gently distracted with one hand while the other hand was contacted over the anterior portion of the glenohumeral joint. An A-P force was thrust gently through the shoulder achieving cavitation. The patient was then turned on his, allowing access to the posterior aspects of the rotator cuff. Extension and internal rotation of the shoulder allowed normal physiological winging of the scapula, giving access to the rhomboid muscles. Grasping the winged scapula, and protracting it broke down adhesions and allowed maximum stretching of the rhomboid muscles and levator scapulae. While still in the lateral position, the shoulder joint was passively put through all ranges of motion noting mild restrictions persisting at approximately 160 degrees of forward flexion. Also noted, were mild restrictions of movement in shoulder extension and internal rotation

**Manipulation of the Shoulder, left:** The patient was maintained in the supine position. Patient's arm was extended and supported by the primary doctor while the shoulder was passively placed though all ranges of motion noting for limitations and barriers formed by adhesions formed by the rotator cuff. Circumduction of the glenohumeral was performed clockwise then counterclockwise, breaking down labrum adhesions. Next, the shoulder was elevated was flexed to 90 degrees while one hand stabilized the AC joint and the other hand continued to flex the shoulder to maximum range of motion. A steady gradual increase of pressure was applied in flexion breaking down adhesions and allowing the shoulder to reach approximately 150 degrees. Returning the shoulder to approximately 90 degrees of flexion, the shoulder was then gently distracted with one hand while the other hand was contacted over the anterior portion of the glenohumeral joint. An A-P force was thrust gently through the shoulder achieving cavitation. The patient was then turned on his, allowing access to the posterior aspects of the rotator cuff. Extension and internal rotation of the shoulder allowed normal physiological winging of

the scapula, giving access to the rhomboid muscles. Grasping the winged scapula, and protracting it broke down adhesions and allowed maximum stretching of the rhomboid muscles and levator scapulae. While still in the lateral position, the shoulder joint was passively put through all ranges of motion noting mild restrictions persisting at approximately 170 degrees of forward flexion. Also noted, were mild restrictions of movement in shoulder extension and internal rotation

**Manipulation of the thoracic spine:** Patient was maintained in the supine position on the operating table. The patient's right arm was grasped by the primary physician, while the primary placed his other hand beneath the patient n the lower, posterior region of the thoracic spine on the right side. While the assisting doctor tractioned the patient's pelvis in a caudal direction causing a passive stretching of the thoracic musculature. This procedure was then repeated on the patient's left side. She was then rolled laterally by the assisting doctor. The primary doctor's cupped fist was placed posterior to the thoracic region. The patient was then placed supine, by the assisting doctor, on the cupped fist of the primary doctor. A mild A-P force was applied and cavitations were elicited. The cupped fist was then moved cephalad along the spinal area applying additional manipulations to the region.

The MUA procedure was concluded at that point. Patient tolerated procedure very well and without incident. At the conclusion of the procedure, the patient was returned to the recovery room where proper monitoring equipment was utilized and was discharged in satisfactory condition as reported in the progress notes.

**Post-Operative Care Day One:**

The patient was advised to spend the remainder of the day relaxing and avoiding any work or exertion. There were no restrictions on diet. Patient was further advised to resume regular regimen of medication prescribed prior to the procedure. Because the patient is returning tomorrow, there will be no eating or drinking after ten p.m this evening.


Rick Lambert, M.D
Certified: Manipulation Under Anesthesia

3

04/07/2010   10:20   KX5050                              P.025

# Montvale
## Surgical Center
6 Chestnut Ridge Road Montvale NJ 07645
Tel (201) 391-4700

### OPERATIVE REPORT
#### Day 2 of 3

**Patient Name:** ███████
**Date: March 31, 2010**
**Facility for Procedure: MSC**

**Primary Surgeon: Rick Lambert, MD**
**Assisting Surgeon: Philip Agrios, DC**
**Anesthesia: Carlos Friss, MD**

**Procedure Performed:**   1. Manipulation Under Anesthesia of the right shoulder
2. Manipulation Under Anesthesia of the left shoulder
3. Manipulation Under Anesthesia of the cervical spine
4. Manipulation Under Anesthesia of the thoracic spine

**Pre-operative Diagnosis:** 1. 726.0    adhesive capsulitis, right shoulder
726.10   rotator cuff syndrome
718.41   contracture shoulder region
2. 726.0    adhesive capsulitis, right shoulder
726.10   rotator cuff syndrome
718.41   contracture shoulder region
3. 847.0    torticollis
722.0    cervical discopathy
4. 847.1    thoracic sprain/strain
7291     myalgia/myospasm

**Post-operative Diagnosis: Same: See progress report for work up**

### Procedure in Detail

Patient was prepared in a pre-operative area with an IV line established for the administration of anesthesia. Having already been supine on a gurney, patient was wheeled into the operating room. Patient was then prepared for monitoring by the anesthesiologist and OR nurse. MAC was induced and the patient was sufficiently sedated to start our procedure.

1

04/07/2010   10:20   KX5050                    FAX                              P.026

**Manipulation of the cervical spine;** MUA of the cervical spine was performed for torticollis as well as a nexus to the shoulder region. It was performed sequentially prior to the shoulder to allow maximum release of the muscles associated with both neck and shoulder region. We used the standard approach for MUA of the cervical spine as follows;
The patient was stabilized in the supine position by the assisting doctor. Mild caudal to cephalad traction and passive stretching, laterally and obliquely were done by the primary doctor to break up adhesions and increase range of motion in the cervical spine. The assisting doctor was stabilizing the patient while this procedure was being done. A cervical manipulation was done at C1-C7 spinal levels and cavitations were elicited.

**Manipulation of the Shoulder, right:** The patient was maintained in the supine position. Patient's arm was extended and supported by the primary doctor while the shoulder was passively placed though all ranges of motion noting for limitations and barriers formed by adhesions formed by the rotator cuff. Circumduction of the glenohumereal was performed clockwise then counterclockwise, breaking down labrum adhesions. Next, the shoulder was elevated was flexed to 90 degrees while one hand stabilized the AC joint and the other hand continued to flex the shoulder to maximum range of motion. A steady gradual increase of pressure was applied in flexion breaking down adhesions and allowing the shoulder to reach approximately 160 degrees. Returning the shoulder to approximately 90 degrees of flexion, the shoulder was then gently distracted with one hand while the other hand was contacted over the anterior portion of the glenohumeral joint. An A-P force was thrust gently through the shoulder achieving cavitation. The patient was then turned on his, allowing access to the posterior aspects of the rotator cuff. Extension and internal rotation of the shoulder allowed normal physiological winging of the scapula, giving access to the rhomboid muscles. Grasping the winged scapula, and protracting it broke down adhesions and allowed maximum stretching of the rhomboid muscles and levator scapulae. While still in the lateral position, the shoulder joint was passively put through all ranges of motion noting mild restrictions persisting at approximately 175 degrees of forward flexion. Also noted, were mild restrictions of movement in shoulder extension and internal rotation

**Manipulation of the Shoulder, left:** The patient was maintained in the supine position. Patient's arm was extended and supported by the primary doctor while the shoulder was passively placed though all ranges of motion noting for limitations and barriers formed by adhesions formed by the rotator cuff. Circumduction of the glenohumereal was performed clockwise then counterclockwise, breaking down labrum adhesions. Next, the shoulder was elevated was flexed to 90 degrees while one hand stabilized the AC joint and the other hand continued to flex the shoulder to maximum range of motion. A steady gradual increase of pressure was applied in flexion breaking down adhesions and allowing the shoulder to reach approximately 165 degrees. Returning the shoulder to approximately 90 degrees of flexion, the shoulder was then gently distracted with one hand while the other hand was contacted over the anterior portion of the glenohumeral joint. An A-P force was thrust gently through the shoulder achieving cavitation. The patient was then turned on his, allowing access to the posterior aspects of the rotator cuff. Extension and internal rotation of the shoulder allowed normal physiological winging of

04/07/2010   10:21   KX5050                    FAX 2013914701  12 8          P.027

the scapula, giving access to the rhomboid muscles. Grasping the winged scapula, and protracting it broke down adhesions and allowed maximum stretching of the rhomboid muscles and levator scapulae. While still in the lateral position, the shoulder joint was passively put through all ranges of motion noting mild restrictions persisting at approximately 180 degrees of forward flexion. Also noted, were mild restrictions of movement in shoulder extension and internal rotation

**Manipulation of the thoracic spine:** Patient was maintained in the supine position on the operating table. The patient's right arm was grasped by the primary physician, while the primary placed his other hand beneath the patient n the lower, posterior region of the thoracic spine on the right side. While the assisting doctor tractioned the patient's pelvis in a caudal direction causing a passive stretching of the thoracic musculature. This procedure was then repeated on the patient's left side. She was then rolled laterally by the assisting doctor. The primary doctor's cupped fist was placed posterior to the thoracic region. The patient was then placed supine, by the assisting doctor, on the cupped fist of the primary doctor. A mild A-P force was applied and cavitations were elicited. The cupped fist was then moved cephalad along the spinal area applying additional manipulations to the region.

The MUA procedure was concluded at that point. Patient tolerated procedure very well and without incident. At the conclusion of the procedure, the patient was returned to the recovery room where proper monitoring equipment was utilized and was discharged in satisfactory condition as reported in the progress notes.

**Post-Operative Care Day Two :**

The patient was advised to spend the remainder of the day relaxing and avoiding any work or exertion. There were no restrictions on diet. Patient was further advised to resume regular regimen of medication prescribed prior to the procedure. Because the patient is returning tomorrow, there will be no eating or drinking after ten p.m this evening.


Rick Lambert, M.D
Certified: Manipulation Under Anesthesia

3

04/07/2010   10:22   KX5050                          FAX 2013914701              P.028

# Montvale
## Surgical Center
6 Chestnut Ridge Road Montvale NJ, 07645
Tel (201) 391-4700

### OPERATIVE REPORT
#### Day 3 of 3

**Patient Name:** ████████
**Date:** April 1, 2010
**Facility for Procedure:** MSC

**Primary Surgeon:** Rick Lambert, MD
**Assisting Surgeon:** Philip Agrios, DC
**Anesthesia:** Michael Reuvini, MD

**Procedure Performed:**  1. Manipulation Under Anesthesia of the right shoulder
2. Manipulation Under Anesthesia of the left shoulder
3. Manipulation Under Anesthesia of the cervical spine
4. Manipulation Under Anesthesia of the thoracic spine

**Pre-operative Diagnosis:** 1. 726.0   adhesive capsulitis, right shoulder
726.10   rotator cuff syndrome
718.41   contracture shoulder region
2. 726.0   adhesive capsulitis, right shoulder
726.10   rotator cuff syndrome
718.41   contracture shoulder region
3. 847.0   torticollis
722.0   cervical discopathy
4. 847.1   thoracic sprain/strain
7291   myalgia/myospasm

**Post-operative Diagnosis: Same: See progress report for work up**

### Procedure in Detail

Patient was prepared in a pre-operative area with an IV line established for the administration of anesthesia. Having already been supine on a gurney, patient was wheeled into the operating room. Patient was then prepared for monitoring by the anesthesiologist and OR nurse. MAC was induced and the patient was sufficiently sedated to start our procedure.

1

04/07/2010   10:22   KX5050                          620109.001129               P.029

**Manipulation of the cervical spine;** MUA of the cervical spine was performed for torticollis as well as a nexus to the shoulder region. It was performed sequentially prior to the shoulder to allow maximum release of the muscles associated with both neck and shoulder region. We used the standard approach for MUA of the cervical spine as follows;

The patient was stabilized in the supine position by the assisting doctor. Mild caudal to cephalad traction and passive stretching, laterally and obliquely were done by the primary doctor to break up adhesions and increase range of motion in the cervical spine. The assisting doctor was stabilizing the patient while this procedure was being done. A cervical manipulation was done at C1-C7 spinal levels and cavitations were elicited.

**Manipulation of the Shoulder, right:** The patient was maintained in the supine position. Patient's arm was extended and supported by the primary doctor while the shoulder was passively placed though all ranges of motion noting for limitations and barriers formed by adhesions formed by the rotator cuff. Circumduction of the glenohumereal was performed clockwise then counterclockwise, breaking down labrum adhesions. Next, the shoulder was elevated was flexed to 90 degrees while one hand stabilized the AC joint and the other hand continued to flex the shoulder to maximum range of motion. A steady gradual increase of pressure was applied in flexion breaking down adhesions and allowing the shoulder to reach approximately 175 degrees. Returning the shoulder to approximately 90 degrees of flexion, the shoulder was then gently distracted with one hand while the other hand was contacted over the anterior portion of the glenohumeral joint. An A-P force was thrust gently through the shoulder achieving cavitation. The patient was then turned on his, allowing access to the posterior aspects of the rotator cuff. Extension and internal rotation of the shoulder allowed normal physiological winging of the scapula, giving access to the rhomboid muscles. Grasping the winged scapula, and protracting it broke down adhesions and allowed maximum stretching of the rhomboid muscles and levator scapulae. While still in the lateral position, the shoulder joint was passively put through all ranges of motion noting mild restrictions persisting at approximately 180 degrees of forward flexion. Also noted, were mild restrictions of movement in shoulder extension and internal rotation

**Manipulation of the Shoulder, left:** The patient was maintained in the supine position. Patient's arm was extended and supported by the primary doctor while the shoulder was passively placed though all ranges of motion noting for limitations and barriers formed by adhesions formed by the rotator cuff. Circumduction of the glenohumereal was performed clockwise then counterclockwise, breaking down labrum adhesions. Next, the shoulder was elevated was flexed to 90 degrees while one hand stabilized the AC joint and the other hand continued to flex the shoulder to maximum range of motion. A steady gradual increase of pressure was applied in flexion breaking down adhesions and allowing the shoulder to reach approximately 175 degrees. Returning the shoulder to approximately 90 degrees of flexion, the shoulder was then gently distracted with one hand while the other hand was contacted over the anterior portion of the glenohumeral joint. An A-P force was thrust gently through the shoulder achieving cavitation. The patient was then turned on his, allowing access to the posterior aspects of the rotator cuff. Extension and internal rotation of the shoulder allowed normal physiological winging of

04/07/2010   10:23   KX6050                                    FAX02013914701                P.030

the scapula, giving access to the rhomboid muscles. Grasping the winged scapula, and protracting it broke down adhesions and allowed maximum stretching of the rhomboid muscles and levator scapulae. While still in the lateral position, the shoulder joint was passively put through all ranges of motion noting mild restrictions persisting at approximately 180 degrees of forward flexion. Also noted, were mild restrictions of movement in shoulder extension and internal rotation

**Manipulation of the thoracic spine:** Patient was maintained in the supine position on the operating table. The patient's right arm was grasped by the primary physician, while the primary placed his other hand beneath the patient n the lower, posterior region of the thoracic spine on the right side. While the assisting doctor tractioned the patient's pelvis in a caudal direction causing a passive stretching of the thoracic musculature. This procedure was then repeated on the patient's left side. She was then rolled laterally by the assisting doctor. The primary doctor's cupped fist was placed posterior to the thoracic region. The patient was then placed supine, by the assisting doctor, on the cupped fist of the primary doctor. A mild A-P force was applied and cavitations were elicited. The cupped fist was then moved cephalad along the spinal area applying additional manipulations to the region.

The MUA procedure was concluded at that point. Patient tolerated procedure very well and without incident. At the conclusion of the procedure, the patient was returned to the recovery room where proper monitoring equipment was utilized and was discharged in satisfactory condition as reported in the progress notes.

**Post-Operative Care Day Three:**

The patient was advised to spend the remainder of the day relaxing and avoiding any work or exertion. There were no restrictions on diet. Patient was further advised to resume regular regimen of medication prescribed prior to the procedure.

Rick Lambert, M.D.
Certified: Manipulation Under Anesthesia

3

620209.001128

**RECEIVED**
**HORIZON BCBSNJ-OSC**

**JUL 28 2010**

**CERTIFIED MAIL**