## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o D.C; IN-BALANCE HEALTH, LLC a/s/o D.C.; and HEALTH SWITCH, LLC a/s/o D.C., <br><br> Plaintiffs, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NJ; ABC CORP. 1-10 (said names being fictitious and unknown entities), <br><br> Defendants. | CIVIL ACTION NO.: 12-3995 |

## NOTICE OF MOTION

**TO:**  Andrew R. Bronsnick, Esquire
Massood & Bronsnick, LLP
50 Packanack Lake Road
Wayne, NJ 07470
*Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that Defendant Horizon Blue Cross Blue Shield of New Jersey ("Horizon"), by its undersigned counsel, shall move for an Order for summary judgment against Plaintiffs Montvale Surgical Center, In-Balance Health, LLC and Health Switch, LLC before the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Bldg. & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey on February 4, 2013, at 9:00 a.m. or as soon thereafter as counsel may be heard.

2833884-01

In support of this Motion, Defendant Horizon Blue Cross Blue Shield of New Jersey shall rely

on the accompanying Memorandum of Law with exhibits and Certification.

CONNELL FOLEY LLP
Liberty View
457 Haddonfield Road, Suite 230
Cherry Hill, New Jersey  08002
(856) 317-7100

*Attorneys for Defendant*
*Horizon Blue Cross Blue Shield of New*
*Jersey*

BY:   *s/Matthew A. Baker*
_____
         Matthew A. Baker, Esquire

DATE:   January 9, 2013

2833884-01