**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MONTVALE SURGICAL CENTER a/s/o D.C.; IN-BALANCE HEALTH, LLC a/s/o D.C.; HEALTH SWITCH, LLC a/s/o D.C., <br><br>Plaintiffs(s),<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC.; ABC CORP. (1-10) (Said names being fictitious and unknown entities),<br><br>Defendant(s), | CIVIL ACTION NO.: 2:12-cv-03995<br><br>**CIVIL ACTION**<br><br>CERTIFICATION OF ANDREW R. BRONSNICK |

I, ANDREW R. BRONSNICK, do hereby certify as follows:

1. I am an attorney at law of the State of New Jersey, associate with the Law Firm of Massood & Bronsnick, LLC, attorneys for the Plaintiff, Montvale Surgical Center, LLC a/s/o/ D.C.; In-Balance Health, LLC., a/s/o D.C.; and Health Switch, LLC a/s/o D.C.. This Certification is submitted in opposition to Defendant's Motion for Summary Judgment.

2. The administrative record and Rule 26 disclosure documents for Montvale Surgical Center are identified as MSC000001- MSC000023 attached hereto as **Exhibit A**.

3. The administrative record and Rule 26 disclosure documents for In-Balance Health, LLC are identified as IB 0000022- IB 000038 attached hereto as **Exhibit B** .

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                              MASSOOD & BRONSNICK, LLC
                              Attorneys for Plaintiffs

By: _____
     ANDREW R. BRONSNICK, ESQ.

Dated:  February 19, 2013